[No. 40877-5-II.   Division Two.   November 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY ALVIN PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00233-1, Leila Mills, J., entered June 25, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 41411-2-II.   Division Two.   November 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBER ROSE WYDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00436-0, Robert A. Lewis, J., entered October 25, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[Nos. 29168-5-III; 29183-9-III.   Division Three.   November 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DEE WENZ, *Appellant*.

Appeals from a judgment of the Superior Court for Grant County, No. 08-1-00488-3, John M. Antosz, J., entered June 1, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 39993-8-II.   Division Two.   November 18, 2011.]

DON HAWKINS ET AL., *Appellants*, v. MA HERLOUISE CARO DIEL ET AL., *Defendants*, DOBLER MANAGEMENT COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-13181-1, Katherine M. Stolz, J., entered October 16, 2009. *Reversed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J. Now published at 166 Wn. App. 1.